**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **JOSE SOTO** | **CIVIL ACTION NO** |
| *Plaintiff*, | |
| **VERSUS** | **1:23-CV-445** |
| **GENERAL MOTORS LLC** | |
| *Defendants.* | |

**NOTICE OF SETTLEMENT**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, JOSE SOTO (hereinafter "SOTO"), who respectfully notifies this Honorable Court that the parties have reached a settlement in this matter. Upon completion of the settlement documents, the parties will file a dismissal of the action.

**RESPECTFULLY SUBMITTED,**

**DUCK LAW FIRM, L.L.C.**

/s/ Kevin R. Duck
**KEVIN R. DUCK (LA23043)**
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, Louisiana 70508
Telephone: (337) 406-1144
Facsimile: (337) 406-1050
Email: krd@ducklawfirm.com
**Attorney-in-Charge for Plaintiff,**
**JOSE SOTO**